John Grafton GRAY, Louis Llerandi and
James J. Russo, Appellants,

v.

UNITED STATES of America,
Appellee.

No. 20672.

United States Court of Appeals
Fifth Circuit.

Jan. 21, 1965.

James S. Parham, Tampa, Fla., for appellants.

Edward F. Boardman, U. S. Atty., Thomas J. Hanlon, III, Asst. U. S. Atty., Tampa, Fla., for appellee.

Before WISDOM and GEWIN, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM.

Each of the defendants in this case was convicted of the offense of counterfeiting federal reserve notes and of conspiring to violate the law prohibiting counterfeiting.

We have carefully considered the two questions raised by the appellants, one relating to the admission of evidence and the other to the charge, and have concluded that neither one of them has enough merit to warrant discussion.

The judgment is affirmed.

UNITED STATES of America,
Appellant,

v.

Bernard STOUMEN.

No. 14926.

United States Court of Appeals
Third Circuit.

Argued Jan. 8, 1965.

Decided Jan. 28, 1965.

Ralph A. Muoia, Dept. of Justice, Tax Division, Washington, D. C. (John B. Jones, Jr., Acting Asst. Atty. Gen., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Joseph Kovner, Attys., Dept. of Justice, Washington, D. C., Drew J. T. O'Keefe, U. S. Atty., on the brief), for appellant.

W. Bradley Ward, Schnader, Harrison, Segal & Lewis, Philadelphia, Pa. (Fred L. Rosenbloom, Wesley H. Caldwell, Roper & Caldwell, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and KALODNER and SMITH, Circuit Judges.

PER CURIAM.

An examination of the record in this case discloses no error. The findings of fact and conclusions of law filed by the court below are correct. The judgment will be affirmed.